IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BYRONELL M. WELLS,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION 05-0356-CG-D |
| **J. C. GILES, Warden,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief be **DISMISSED** as time-barred.

**DONE AND ORDERED** this 23rd day of January, 2006.

    /s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**