# IN THE UNITED STATES DISTRICT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BYRONELL M. WELLS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION 05-0356-CG-D |
| | ) |
| **J. C. GILES, Warden,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** as time-barred.

**DONE and ORDERED** this 23rd day of January, 2006.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**